IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1651 (RGA) |
| | ) | |
| DISH NETWORK CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL OF PRAGMATUS TELECOM, LLC AND DISH NETWORK CORPORATION**

IT IS HEREBY STIPULATED by Pragmatus Telecom, LLC ("Pragmatus") and DISH Network Corporation ("DISH") as follows:

1. Pragmatus has brought the above-captioned patent infringement action (the "Action") accusing DISH of infringing three patents identified in the First Amended Complaint by providing live chat services over the Internet (referred to herein as the "Live Chat Services").

2. DISH represents that its U.S. Live Chat Services are currently provided exclusively by Oracle and/or Oracle's RightNow business group ("Oracle"). DISH further represents that its previous U.S. Live Chat Services were provided exclusively by Oracle's ATG business group ("Oracle/ATG"). DISH further represents that it has never, within the past seven (7) years, used any U.S. Live Chat Services that were not provided by Oracle or Oracle/ATG.

3. Based on the foregoing representation by DISH, Pragmatus hereby dismisses WITH PREJUDICE all claims in the Action to the extent exclusively relating to the Live Chat Services exclusively provided to DISH by Oracle and Oracle/ATG; Pragmatus dismisses all other claims WITHOUT PREJUDICE.

FARNAN LLP

*/s/ Michael J. Farnan*

Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

OF COUNSEL:

FEINBERG DAY ALBERTI & THOMPSON LLP
Margaret Elizabeth Day
Ian N. Feinberg
David L. Alberti
Clayton Thompson
Marc C. Belloli
Sal Lim
Yakov Zolotorev
401 Florence Street, Suite 200
Palo Alto, CA 94301

*Attorneys for Plaintiff Pragmatus Telecom LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9200
rsmith@mnat.com
mflynn@mnat.com

OF COUNSEL:

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Jonathan S. Caplan
Mark A. Baghdassarian
1177 Avenue of the Americas
New York, New York 10036

*Attorneys for Defendant DISH Network Corporation*

SO ORDERED this 5th day of March 2013.

Richard G. Andrews
U.S.D.J.